JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Cara Warwick and Maurice Warwick, h/w

**DEFENDANTS**
United States of America & United States Postal Service

**(b)** County of Residence of First Listed Plaintiff: Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Arthur S. Novello, Esq.
1315 Walnut St, 12 Fl, Phila., Pa. 19107  215-546-4488

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | | | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | 751 Family and Medical Leave Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
PERSONAL INJURY RESULTING FROM AN MVA INVOLVING GOVERNMENTAL EMPLOYEE AND VEHICLE

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 150,000-

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 3/24/25
SIGNATURE OF ATTORNEY OF RECORD: /s/ A. Novello

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

10/2024

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: _PHILADELPHIA, P.A., USA._

---

*RELATED CASE IF ANY:* Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit? — Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? — Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? — Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? — Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. — Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☐ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

*A. Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☑ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Wage and Hour Class Action/Collective Action
6. ☐ Patent
7. ☐ Copyright/Trademark
8. ☐ Employment
9. ☐ Labor-Management Relations
10. ☐ Civil Rights
11. ☐ Habeas Corpus
12. ☐ Securities Cases
13. ☐ Social Security Review Cases
14. ☐ Qui Tam Cases
15. ☐ Cases Seeking Systemic Relief *see certification below*
16. ☐ All Other Federal Question Cases. *(Please specify)*:_____

*B. Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(Please specify)*:_____
7. ☐ Products Liability
8. ☐ All Other Diversity Cases: *(Please specify)*_____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☑ **does not** have implications beyond the parties before the court and ☐ **does** / ☑ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch of a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☐ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☑ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARA WARWICK<br>And MAURICE WARWICK, h/w<br>6160 Catherine Street<br>Philadelphia, PA 19143<br><br>v.<br><br>UNITED STATES OF AMERICA AND<br>UNITED STATES POSTAL SERVICE<br>c/o West Market Street Station<br>5011 Sansom Street<br>Philadelphia, PA 19139<br>    And<br>KETURAH MERCY TUCKER<br>1325 N. 15th Street, Apartment 101<br>Philadelphia, PA 19121 | CIVIL ACTION – COMPLAINT<br><br>NO.<br><br><br>JURY TRIAL DEMANDED |

1. This court has jurisdiction over the claim asserted over the Defendant, United States of America, on the grounds that the claim is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b), since it involves an agency of the United States of America as well as the fact that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

2. This court has supplemental jurisdiction over all other claims asserted in this action under 28 U.S.C. §1367(a) because they are so related to the claim asserted against the Defendant, United States of America, that they form part of the same case or controversy under Article III of the United States Constitution.

3. Venue in this court is proper pursuant to 28 U.S.C. §1402(b) because Plaintiffs, Cara Warwick and Maurice Warwick, husband and wife, are residents of Philadelphia County, Pennsylvania.

1

4. Venue in this court is also proper pursuant to 28 U.S.C. §1402(b) because the act or omission complained of occurred in Philadelphia County, Pennsylvania.

## PARTIES

5. Plaintiffs, Cara Warwick and Maurice Warwick, are adult individuals and husband and wife who reside at 6160 Catherine Street, Philadelphia, Pennsylvania 19143.

6. Defendant, United States of America, is a sovereign nation comprised of numerous federally authorized agencies and independent establishments of the Executive Branch of the United States Government, duly organized and existing under the laws of the nation, including the United States Postal Service, with a registered office for business, located at the West Market Street Station branch, 5011 Sansom Street, Philadelphia, Pennsylvania 19139 (hereinafter referred to as "Post Office").

7. Defendant, Keturah Mercy Tucker, is an individual who resides at 1325 N. 15th Street, Apartment 101, Philadelphia, Pennsylvania 19121.

## STATEMENT OF FACTS

8. On or about April 1, 2023, Plaintiff, Cara Warwick, did own, possess, control, and operate a certain motor vehicle involved in the accident, hereinafter more specifically set forth.

9. On or about April 1, 2023, Defendant, Keturah Mercy Tucker, did operate, possess, and control another certain motor vehicle involved in the accident, hereinafter more specifically set forth.

10. At all times relevant and material hereto, the motor vehicle operated by the Defendant, Keturah Mercy Tucker, was owned by Defendants, United States of America and United States Postal Service, and operated by Defendant, Keturah Mercy Tucker, with permission of the Defendants, United States of America and United States Postal Service, and as

2

the agent, servant, workman and/or employee of Defendants, United States of America and United States Postal Service, and in the furtherance of the interests of said Defendants, acting at all times within the course of their employment and in the scope of their authority.

11. On or about April 1, 2023, the motor vehicle operated by Plaintiff, Cara Warwick, was proceeding in a southbound direction on Spruce Street, when at or near its intersection with 62nd Street, public highways in the City and County of Philadelphia, Commonwealth of Pennsylvania.

12. On or about April 1, 2023, the motor vehicle operated by Defendant, Keturah Mercy Tucker, was proceeding in a westbound direction on 62nd Street, and as it approached the intersection with Spruce Street, it was so carelessly and negligently operated and controlled that it was caused to suddenly and without warning, make a wide right turn and violently strike the vehicle Plaintiff was operating which vehicle was then and there lawfully proceeding, as a result of which Plaintiff sustained serious personal injuries, hereinafter more specifically set forth.

13. At the time and place aforesaid, the carelessness and negligence of the Defendants, United States of America and United States Postal Service, individually and/or by agents, servants, workman and/or employees, consisted of the following:

    a) Operating the said automobile at a high and excessive rate of speed under the circumstances;

    b) Failing to have the said vehicle under proper and adequate control;

    c) Failing to give proper and sufficient notice of approach;

    d) Operating the said vehicle without due regard for the rights, safety, and position of the Plaintiff;

    e) Violating the various ordinances and laws of the and/or the Statutes of the Commonwealth of Pennsylvania pertaining to the operation and control of motor vehicles;

3

 f) Failing to exercise due care and caution under the circumstances;

 g) Failing to maintain an assured clear distance;

 h) Failing to maintain a proper lookout;

 i) Disregarding traffic controls and/or conditions;

 j) Being inattentive;

 k) Negligent entrustment of a vehicle under the circumstances;\

 l) Being otherwise negligent under the circumstances.

## COUNT I

## CARA WARWICK V. UNITED STATES OF AMERICA AND UNITED STATES POSTAL SERVICE

14. Plaintiff, Cara Warwick, incorporates herein by reference the averments contained in paragraphs 1 through 13, inclusive, as fully as though the same were herein more fully set forth at length.

15. As a direct result of the Defendants carelessness and negligence as aforesaid, Plaintiff, Cara Warwick, sustained internal and external injuries in and about the head, neck, shoulders, back, body and limbs, as well as various other injuries and conditions that may be established, all of which have caused her and will continue to cause her great pain and agony, and have prevented her and will continue to prevent her in the future from attending to her daily duties and occupation, all to her great financial damage and loss.

16. Plaintiff, Cara Warwick, avers that as a direct result of the negligence, carelessness and recklessness of the Defendants, United States of America and United States Postal Service, Plaintiff, Cara Warwick, has sustained such injuries as a result of which she has been required and obligated to receive and undergo medical attention and care and will incur various medical expenses, and will be obliged to expend various sums of money for the same

4

purpose in the future in order to treat her injuries which are permanent and severe in nature, causing a permanent loss of bodily function, which satisfies the threshold requirements of the Federal Tort Claims Act, the Political Subdivision Tort Claims Act and /or the Sovereign Immunity Act.

17. Further, by reason of the aforesaid, Plaintiff, Cara Warwick, has been obliged to expend various sums of money for medicine and medical attention in and about endeavoring to treat and cure herself of her said injuries, and will be obliged to expend additional sums of money for the same purposes in the future, all to her great financial damage and loss.

18. As a further result of the accident and the injuries sustained therein, Plaintiff, Cara Warwick, has and/or may suffer an impairment of her earning capacity and/or power which earning capacity and/or power, all of which has been and will continue to be to her great financial damage and loss.

19. Written notice of said claim was provided to Defendants on April 26, 2023.

20. Plaintiff's claim is not barred by the Federal Tort Claims Act, the Political Subdivision Tort Claims Act and/or the Sovereign Immunity Act in that Plaintiff's claim falls within the exceptions provided under the aforementioned Acts to governmental immunity. was the owner of a 2019 Infinity QX60 automobile which was in excellent physical and mechanical condition. As a direct result of the negligence of the Defendants, Plaintiff, Cara Warwick's vehicle sustained extensive damage requiring repair and replacement of parts, together with labor charges all to Plaintiff's great financial damage and loss.

21. Plaintiff, Cara Warwick, avers that her injuries and damages were caused solely by the negligence of the Defendants as hereinbefore set forth.

WHEREFORE, Plaintiff, Cara Warwick, demands judgment against the Defendants, United States of America and United States Postal Service, in an amount in excess of One Hundred Thousand ($100,000.00) Dollars, plus interest and costs.

## COUNT II

### MAURICE WARWICK V. UNITED STATES OF AMERICA AND UNITED STATES POSTAL SERVICE

22. Plaintiff, Maurice Warwick, incorporates herein by reference the averments contained in paragraphs 1 through 21 inclusive, as fully as though the same were herein set forth at length.

23. Plaintiff, Maurice Warwick, is the husband of Plaintiff, Cara Warwick, and resides with her at 6160 Catherine Street, Philadelphia, Pennsylvania 19143.

24. As a direct result of the Defendants' carelessness and negligence as aforesaid, Plaintiff, Maurice Warwick, was for a period of time deprived, may and probably will in the future be deprived of the society, assistance and support of his wife, Cara Warwick, all of which has been ad will continue to be to his great financial, physical, psychological and emotional damage.

WHEREFORE, Plaintiff, Maurice Warwick, demands judgment against the Defendants, United States of America and United States Postal Service, in an amount in excess of One Hundred Thousand ($100,000.00) Dollars, plus interest and costs.

Respectfully submitted,

DASHEVSKY, HORWITZ, KUHN,
NOVELLO & SHORR, P.C.

BY: *[signature]*

ARTHUR S. NOVELLO, ESQ.
I.D. No. 46685
1315 Walnut Street, 12th Floor
Phila., PA 19107
215-546-4488 | 215-732-6220
anovello@dashevskylaw.com
Attorney for Plaintiffs

DASHEVSKY, HORWITZ, KUHN, NOVELLO & SHORR, P.C.

**VERIFICATION**

I, *Cara Warwick*, make this verification subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities. The attached pleading is based upon information which I have furnished to my counsel and information which has been gathered by my counsel in preparation for the prosecution of this lawsuit. The language contained in the pleading is that of counsel and not mine. I have read the pleading, and to the extent it is based upon information which I have given to my counsel, it is true and correct to the best of my knowledge, information, and belief. To the extent that the contents of the pleading are that of counsel, I have relied upon my counsel in making this verification.

x *Cara Warwick*

Dated: 3/24/25